932 A.2d 870

## Lois EISER

v.

## BROWN WILLIAMSON TOBACCO CORPORATION.

### Petition of John J. O'Brien.

### No. 107 EM 2007.

Supreme Court of Pennsylvania.

Aug. 22, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of August, 2007, the Application to File an Amicus Brief Nunc Pro Tunc is denied.